**TransUnion**

TRANSUNION CONSUMER CREDIT REPORT

Results Issued: 4/19/18 14:47 CT

**INPUT PARAMETERS FOR PRIMARY SUBJECT**
Reference ID:
SSN: xxx-xx-4331
Name: Ewing, Laura
Current Address: ███

EWING, LAURA J.
Also Known As:
SSN: ███-4331
Date of Birth: ███

**EXHIBIT A**

TRANSUNION CONSUMER CREDIT REPORT  Results Issued: 4/17/18 14:47 CT
Page 6 of 10

## COLLECTIONS

| MED-1 SOL (Y 27TG001) | | Account # ▬5698 | | Account Rating O9B |
|---|---|---|---|---|
| Original Creditor: | COMMUNITY HEALTH NETWORK(medicalOrHealthCare) | Remarks: PLACED FOR COLLECTION | Amount Placed: $938<br>Balance: $1,078<br>Past Due: $1,078<br>Last Payment: | Opened: 4/15<br>Paid:<br>Closed:<br>Verified: 3/18 |
| Account Type: | OPEN | | | |
| Responsibility: | I | | | Update Method: automated |
| | | Delinquency<br>Maximum:<br>Amount:<br>Date: | Payment Pattern<br>Start Date: | |

| MED-1 SOL (Y 27TG001) | | Account # ▬3627 | | Account Rating O9B |
|---|---|---|---|---|
| Original Creditor: | COMMUNITY HEALTH NETWORK(medicalOrHealthCare) | Remarks: PLACED FOR COLLECTION | Amount Placed: $376<br>Balance: $1,163<br>Past Due: $1,163<br>Last Payment: | Opened: 3/15<br>Paid:<br>Closed:<br>Verified: 3/18 |
| Account Type: | OPEN | | | |
| Responsibility: | I | | | Update Method: automated |
| | | Delinquency<br>Maximum:<br>Amount:<br>Date: | Payment Pattern<br>Start Date: | |

| MED-1 SOL (Y 27TG001) | | Account # ▬5720 | | Account Rating O9B |
|---|---|---|---|---|
| Original Creditor: | COMMUNITY HEALTH NETWORK(medicalOrHealthCare) | Remarks: PLACED FOR COLLECTION | Amount Placed: $173<br>Balance: $198<br>Past Due: $198<br>Last Payment: | Opened: 4/15<br>Paid:<br>Closed:<br>Verified: 3/18 |
| Account Type: | OPEN | | | |
| Responsibility: | I | | | Update Method: automated |
| | | Delinquency<br>Maximum:<br>Amount:<br>Date: | Payment Pattern<br>Start Date: | |