# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| Laura Ewing, | ) | 1:18-cv-1743-JRS-DML |
| Plaintiff, | ) | |
| vs. | ) | |
| Med-1 Solutions, LLC, | ) | |
| Defendant. | ) | |

## DEFENDANT'S PRELIMINARY LISTS OF WITNESSES AND EXHIBITS

Defendant Med-1 Solutions, LLC, by counsel, submits the following preliminary lists:

**I.  PRELIMINARY WITNESS LIST**

a) Laura Ewing, Plaintiff

b) Michael Jude, Collections Manager

c) Victoria Thompson, Receptionist

d) Kristi Polley, Client Care Manager

e) Kendra Smith, Client Care Representative

**II.  PRELIMINARY EXHIBIT LIST**

a) Any documents listed by the Plaintiff as an exhibit;

b) Med-1 Solutions, LLC's Collection Manual

c) Any additional Med-1 Solutions, LLC Department Manuals

d) Med-1 Solutions, LLC's Account Data for Plaintiff's Account

e) Plaintiff's answer to Defendant's discovery requests.

f) Any documents produced by Plaintiff in response to Defendant's discovery requests

Respectfully Submitted,

/s/ Nicholas Moline
Nicholas Moline, IN Atty #29711-49
MED-1 Solutions, LLC
517 US Highway 31 N.
Greenwood, IN 46142
(P) 317-883-5600

## CERTIFICATE OF SERVICE

The undersigned counsel for Defendant hereby certifies that on October 20, 2018, I electronically served this document on all counsel of record.

/s/ Nicholas Moline
Nicholas Moline, IN Atty #29711-49
MED-1 Solutions, LLC
517 US Highway 31 N.