**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| Laura Ewing, | ) | 1:18-cv-1743-JRS-DML |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Med-1 Solutions, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S FIRST AMENDED PRELIMINARY**
**LISTS OF WITNESSES AND EXHIBITS**

Defendant Med-1 Solutions, LLC, by counsel, submits the following First Amended

Preliminary Lists:

**I.    PRELIMINARY WITNESS LIST**

a)  Laura Ewing, Plaintiff

b)  Jennifer Taylor, Vice President of Client Operations

c)  Victoria Thompson, Receptionist

**II.    PRELIMINARY EXHIBIT LIST**

a)  Any documents listed by the Plaintiff as an exhibit;

b)  Policies and Procedures for Receiving and Distributing Faxes

c)  Med-1 Solutions, LLC's Collection Manual

d)  Med-1 Solutions, LLC's Account Data for Plaintiff's Account

e)  Plaintiff's answer to Defendant's discovery requests.

f)  Any documents produced by Plaintiff in response to Defendant's discovery requests

Respectfully Submitted,

/s/ Nicholas Moline

Nicholas Moline, IN Atty #29711-49
MED-1 Solutions, LLC
517 US Highway 31 N.
Greenwood, IN 46142
(P) 317-883-5600

**CERTIFICATE OF SERVICE**

The undersigned counsel for Defendant hereby certifies that on October 31, 2018, I electronically served this document on all counsel of record.

/s/ Nicholas Moline
Nicholas Moline, IN Atty #29711-49
MED-1 Solutions, LLC
517 US Highway 31 N.