UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Laura Ewing,<br><br>    Plaintiff,<br><br>v.<br><br>MED-1 Solutions, LLC,<br><br>    Defendants. | CIVIL ACTION<br><br><br>1:18-cv-01743-JRS-DML |

### MOTION FOR A DISCOVERY CONFERENCE

COMES NOW the Defendant, MED-1 Solutions, LLC, by counsel, and files its Motion for a Discovery Conference, and in support states:

### FACTS

1. On November 09, 2018 Defendant Served Requests for Admissions, Interrogatories, and Request for Production of Documents upon Plaintiff.

2. On January 18, 2019 following agreed upon extensions of time, Plaintiff provide her responses to Defendant's Requests for Admissions, Interrogatories, and Request for Production of Documents. At this time Plaintiff's notified Defendant that it was awaiting an executed verification sheet and would provide it once it arrived via mail.

3. On February 01, 2019, pursuant to Fed. R. Civ. P. 37(a)(1) and S.D. Ind. L.R. 37-1(a) Defendant's counsel notified Plaintiff's counsel via e-mail of its discovery dispute requesting to schedule a conference in a good faith attempt to resolve the discovery dispute without involving the court.

4. On February 07, 2019, Plaintiff provided the verification sheet.

5. On February 18, 2019, Defendant's counsel and Plaintiff's counsel conferred via telephone to discuss Defendant's discovery dispute. The parties were unable to informally resolve the discovery dispute.

6. Defendant now requests a discovery conference with the Magistrate Judge pursuant to this Court's *Order Regarding Discovery Disputes* dkt 19.

## DISCOVERY DISPUTE

7. Defendant requests a full copy of the April 17, 2018 TransUnion Credit. A portion of this credit report was provided in the Complaint; however, Defendant requests the entire report for review to support its statute of limitations affirmative defense and to defend against Plaintiff's allegation she incurred actual damages. Plaintiff refused to provide a copy of this report.

8. Defendant's Counsel in the February 01, 2019 email and during the February 18, 2019 settlement conference requested Plaintiff's social security number, date of birth and current address. Defendant requests this information to issue subpoenas to TransUnion, Equifax, and Experiant to obtain "All records of any communications with Plaintiff or her attorney John Steinkamp between 02/26/16 and 06/07/17." This information will be required by the credit reporting agencies to locate the subpoenaed information. Plaintiff refused to provide this information.

WHEREFORE, Defendant requests a discovery conference with the Magistrate Judge pursuant to Fed. R. Civ. P. 37(a)(1) and S.D. Ind. L.R. 37-1(a).

Date: March 05, 2019

Respectfully Submitted,

/s/ *Nicholas Moline*
Nicholas Moline, IN Atty # 29711-49
Attorney for Defendant

                                      Med-1 Solutions, LLC
                                      517 U.S. Highway 31 North
                                      Greenwood, IN  46142
                                      (317) 883-5600
                                      Nicholas.Moline@med1solutions.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 05, 2019 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all parties of record.
                                      /s/ *Nicholas Moline*
                                      Nicholas Moline, IN Atty # 29711-49
                                      Attorney for Defendant