IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| LAURA EWING, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No.1:18-cv-1743-JRS-DML |
| MED-1 SOLUTIONS, LLC, | ) | |
| Defendant. | ) | |

# Amended Case Management Plan

On March 26, 2019, this case was stayed pending a decision from the Supreme Court of the United States in *Rotkiske v. Klemm*, 139 S. Ct. 1259, 203 L. Ed. 2d 271 (2019). The parties were ordered to file a revised case management plan within fourteen days of a decision from The Supreme Court (Dkt. 34). The Supreme Court issued a ruling in *Rotkiske* on December 10, 2019, so the revised CMP was due on December 24, 2019. The parties filed their revised CMP on February 11, 2020. Because of the parties' failure to submit the case management plan timely, the court will shorten the parties' proposed deadlines by 49 days. Accordingly, the Case Management Plan in this matter (Dkt. 18) is hereby amended as follows:

### III. Pretrial Pleadings and Disclosures

Plaintiff shall disclose the name, address, and vita of any expert witness, and shall serve the report required by Fed. R. Civ. P. 26(a)(2) on or before **June 19, 2020**. Defendant shall disclose the name, address, and vita of any expert witness, and shall serve the report required by Fed. R. Civ. P. 26(a)2) on or before **July 20, 2020**.

Any party who wishes to limit or preclude expert testimony at trial shall file any such objections no later than **October 19, 2020**.

All parties shall file and serve their final witness and exhibit lists on or before **August 27, 2020**.

IV. **Discovery and Dispositive Motions**

Statement of the claims or defenses are due by **April 11, 2020.**

Dispositive motions shall be filed by **June 19, 2020,** non-expert witness Discovery and discovery relating to liability issues shall be completed by **April 19, 2020**; expert witness discovery and discovery relating to damages shall be completed by **September 21, 2020**.

VI. **Trial Date**

The parties request a trial date in **December 2020**. The trial is by jury and is anticipated to take 2-3 days.

So ORDERED.

Date: 2/14/2020

_Debra McVicker Lynch_
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system