# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| Laura Ewing, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:18-cv-1743-JRS-DML |
| Med-1 Solutions, LLC, | ) |
| Defendant. | ) |

## STATEMENT OF CLAIMS

Plaintiff, Laura Ewing, hereby sets forth the Statement of Claims she intends to prove at trial:

1.  Section 1692e of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA"), prohibits a debt collector, such as Defendant Med-1 Solutions, LLC ("Med-1"), from using any false, deceptive or misleading representation or means in connection with the collection of any debt, including, "communicating or threatening to communicate to any person credit information which is known, or which should be known to be false, including the failure to communicate that a disputed debt is disputed", see, 15 U.S.C. § 1692e(8); see also, Evans v. Portfolio Recovery Associates, 889 F.3d 337, 348-49 (7th Cir. 2018); Sayles v. Advanced Recovery Sys., 865 F.3d 246, 250 (5th Cir. 2017). A consumer may dispute a debt for no reason at all, see, DeKoven v. Recovery Associates, 599 F.3d 578, 582 (7th Cir. 2010).

2.  Prior to February 25, 2016, the Defendant had reported to TransUnion credit reporting agency that the Plaintiff owed a debt to its client. On February 25, 2016, Ms. Ewing's counsel sent Med-1 a letter, via facsimile, disputing the debt that Defendant

was attempting to collect, as is her right under the FDCPA; the faxed dispute letter was successfully received by the Defendant. (Dkt. 1-2).

3. On April 17, 2018, Plaintiff Ewing obtained and reviewed a copy of her TransUnion credit report. Defendant Med-1 last reported or verified the debt on March of 2018 on Plaintiff's TransUnion credit report, but failed to report that the debt was disputed. (Dkt. 1-3). Defendant Med-1's failure to communicate to TransUnion that the debt it was attempting to collect from Plaintiff Webster was disputed, violated § 1692e(8) of the FDCPA, see, Evans, 889 F.3d at 348-49; Sayles, 865 F.3d at 250.

4. Defendant's violations of the FDCPA were material because Defendant's failure to note that the debt was disputed when Defendant reported, or continued to report, the debt on Plaintiff's credit report impaired her credit rating and her ability to obtain credit, see, Evans, 889 F.3d at 345-46. Moreover, Defendant's failure to note, when reporting the debt on Plaintiff's credit report, that the debt was disputed made it appear to Plaintiff that she did not actually have the right to dispute the debt.

5. Defendant Med-1 knew that Plaintiff Ewing had disputed the debt it was attempting to collect from her (Dkt. 1-2); by failing to communicate to TransUnion that the debt it was attempting to collect from Plaintiff Webster was disputed (Dkt. 1-3), Defendant Med-1 violated § 1692e(8) of the FDCPA; see, Evans, 889 F.3d at 348-49; Sayles, 865 F.3d at 250.

> Respectfully submitted,
>
> Laura Ewing,
>
> By: s/David J. Philipps_____
> One of Plaintiff's Attorneys

Dated: April 10, 2020

David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Angie K. Robertson (Ill. Bar No. 06302858)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com
mephilipps@aol.com
angie@philippslegal.com

John T. Steinkamp   (Ind. Bar No. 19891-49)
John Steinkamp & Associates
5214 S. East Street
Suite D1
Indianapolis, Indiana 46227
(317) 780-8300
(317) 217-1320 (FAX)
John@johnsteinkampandassociates.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 10, 2020, a copy of the foregoing Plaintiff's **Statement of Claims** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Nicholas Moline                                        nicholas.moline@med1solutions.com
MED-1 Solutions, LLC
517 U.S. Highway 31 North
Greenwood, Indiana 46142

John T. Steinkamp                              John@johnsteinkampandassociates.com
John Steinkamp & Associates
5214 S. East Street
Suite D1
Indianapolis, Indiana 46227


s/ David J. Philipps_____
David J. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com