# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| Laura Ewing, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:18-cv-1743-JRS-DML |
| Med-1 Solutions, LLC, | ) ) ) |
| Defendant. | ) ) |

## PLAINTIFF'S MOTION FOR
## EXTENSION OF TIME TO COMPLETE DISCOVERY

Plaintiff, Laura Ewing, hereby moves this Court for a 21-day extension of time in which to complete discovery, specifically to take depositions, and in support thereof, state:

1. The Complaint in this matter was filed on June 8, 2018, alleging that Defendant Med-1 Solutions, LLC's ("Med-1") collections actions violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA"). (Dkt. 1). A Case Management Plan was approved on August 8, 2019. (Dkt. 18). On September 24, 2018, this matter was re-assigned to this Court. (Dkt. 20).

2. On March 21, 2019, the parties filed a joint motion to stay this matter, pending the United States Supreme Court's ruling in Rotkiske v. Klemm, No. 18-328 (Dkt. 33), which this Court granted on March 26, 2019. (Dkt. 34).

3. After a decision was issued in Rotkiske, see, Rotkiske v. Klemm, 140 S.Ct. 355 (2019), an Amended Case Management Plan was filed on February 11, 2020 (Dkt. 37), and approved as amended on February 14, 2020. (Dkt. 38) Fact Discovery was set to close in this matter on April 19, 2020, and dispositive motion are due by June 19, 2020. (Dkt. 38).

4. When the Amended CMP was approved in this matter on February 14, 2020, the Court shortened the parties' proposed dates by 49 days, due to the parties' failure to submit the amended case management plan in a timely manner, as set forth in the Court's prior order granting the stay, see, Dkt. 38, 34. At that time, the devastating impact of the COVID-19 pandemic in this country was not readily apparent.

5. COVID-19, as is well known, has resulted in nearly nationwide school shutdowns, with mandatory shelter-in-place orders shutting down all non-essential businesses. Most law firms – including Plaintiff's counsel's law firm – have had to move many of their staff and attorneys to work-from-home roles, beginning in mid-March. Indeed, the law firm representing Plaintiff has employees who are immune compromised and must take extra precautions for their health, as well as others with close family members with compromised immune systems and chronic illnesses, and one partner with preschool aged children who has been forced to homeschool while working due to the COVID-19 pandemic. Thus, it was extremely difficult to finish conducting discovery in this matter, including scheduling depositions.

6. On April 13, 2020, Plaintiff's counsel emailed Defendant's counsel, asking if Defendant would agree to an extension of the discovery deadline in this matter; on April 14, 2020, Defendant declined to do so. Plaintiff's counsel then asked Defendant to schedule depositions at the end of this week, before the close of discovery; Defendant likewise refused to do so, citing S.D.Ind.Local Rule 30-1. Local Rule 30-1(d) provides that: "Unless agreed by counsel or otherwise ordered by the court, no deposition will be scheduled on less than 14 days notice." Thus, Defendant's counsel could agree to produce its witnesses for deposition, on less than 14 days notice, but chooses not to do so.

7. Pursuant to Local Rule 6-1(a)(4)(B), on April 13 2020 and April 14, 2020, Plaintiff's counsel, David J. Philipps, corresponded with Defendant's counsel, Nicolas Moline, via email, regarding whether Defendant would agree to this extension. Defendant opposes the request.

8. Thus, Plaintiff requests that this Court grant her a 21-day extension of time in which to take the depositions of Defendant, pursuant to Fed.R.Civ.P. Rule 30(b)(6), as well as three additional fact witnesses who are employees of Defendant. Arrangements can be made with the court reporting service to take these depositions telephonically, and maintain all necessary social distancing protocols, as required during the COVID-19 pandemic.

9. Granting this motion will not affect the summary judgement deadline of June 19, 2020, nor the trial date (which has not yet been set).

WHEREFORE, Plaintiff requests that this Court grant a 21-day extension of time in which to finish fact discovery in this matter.

                                              Respectfully submitted,

                                              Laura Ewing,

                                              By: /s/David J. Philipps_____
                                              One of Plaintiff's Attorneys

Dated: April 14, 2020

| | |
|---|---|
| David J. Philipps | (Ill. Bar No. 06196285) |
| Mary E. Philipps | (Ill. Bar No. 06197113) |
| Angie K. Robertson | (Ill. Bar No. 06302858) |

Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com
mephilipps@aol.com
angie@philippslegal.com

John T. Steinkamp        (Ind. Bar No. 19891-49)
John Steinkamp & Associates
5214 S. East Street
Suite D1
Indianapolis, Indiana 46227
(317) 780-8300
(317) 217-1320
john@johnsteinkampandassociates.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 14, 2020 a copy of the foregoing **Plaintiff's Motion For Extension Of Time To Complete Discovery** was filed with the District Court. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

### **SERVICE LIST**

Nicholas Moline                                                nicholas.moline@med1solutions.com
Med-1 Solutions, LLC
517 U.S. Highway 31 North
Greenwood, Indiana 46142


John T. Steinkamp                                      john@johnsteinkampandassociates.com
John Steinkamp & Associates
5214 S. East Street
Suite D1
Indianapolis, Indiana 46227


/s/ David J. Philipps
David J. Philipps     (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com