# EXHIBIT A

FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Laura Ewing, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:18-cv-1743-JRS-DML |
| | ) |
| Med-1 Solutions, LLC, | ) |
| | ) |
| Defendant. | ) |

## DECLARATION OF PLAINTIFF LAURA EWING

I, Laura Ewing, f/k/a McDonald, f/k/a Steeb, under penalties of perjury hereby declare and state:

1. I am a citizen of the State of Indiana, residing in the Southern District of Indiana. I currently live in Camby, Indiana. I was born in the State of Indiana and, aside from the years between 2003-2006, I have lived here my entire life.

2. In 2015, I began receiving collection letters and collection phone calls from Med-1 to collect debts related to medical services that I had allegedly received at Community Health Network, which is a network of hospitals and clinics in my area.

3. I did not remember visiting the hospital or clinic, and I did not know what alleged services these bills related to, or whether the amounts were correct.

4. On February 24, 2016, with the assistance of our attorney, John Steinkamp, my husband and I disputed debts allegedly owed by each of us to Community Health, which Med-1 was attempting to collect from us.

5. Over two years later, on April 17, 2018, I checked my Transunion credit report. Three Med-1 debts appeared -- two which stated that they were "opened" in April of 2015, and one which stated that it was "opened" in March of 2015. These alleged debts had all been "verified" as of March, 2018.

6. I had already disputed the debts Med-1 alleged that I owed, with the help of my attorney, in February 2016 -- but these debts still appeared on my credit report, but did not state that I had disputed these debts.

7. As far as I am aware, these Med-1 debts have never appeared any of my other credit reports (Experian or Equifax).

8. I believe that Med-1, by listing these disputed debts on my Transunion credit report, without noting my dispute, has impacted my FICO score, my credit reputation, and my purchasing ability.

9. After my attorney filed the Complaint in this matter, in June of 2018, I retrieved additional credit reports from Transunion, which now reflected that these debts from Med-1 were disputed, and my FICO score has improved after these disputes were noted.

10. In addition to affecting my FICO score, when I learned that these debts were not marked as disputed, I experienced frustration and anxiety. It felt like there was nothing I could do have my credit report reflect my dispute, and that this problem would never go away, even after I sought help from an attorney.

Dated:  June 17, 2020

*/s/ Laura Ewing*
Laura Ewing