# GROUP EXHIBIT C



| | | |
|---|---|---|
| **Subscriber Name:** | JOHN STEINKA | |
| **Subscriber Code/Market:** | P 2327048 08 22 | |
| **Results Issued:** | 4/17/18 14:47 CT | |

**INPUT PARAMETERS FOR PRIMARY SUBJECT**
Reference ID:
SSN: ███
Name: Ewing, Laura
Current Address: ███ IN, ███

### TRANSUNION CONSUMER CREDIT REPORT

**EWING , LAURA  J.**

Also Known As:   SSN: ███   Phone:   In File Since: 6/94

█████████████████████████████████████████████

**Current Address:**   **Previous Address:**   **Previous Address:**

████████████████████████

Reported 6/14   Reported 3/13

### EMPLOYMENT

████████████████████████

### ALERTS AND SPECIAL MESSAGES

Type   Explanation

████████████████████████

### SCORING

| Type | Score | Explanation |
|---|---|---|
| FICO SCORE 8 | +535 | ██████████ |

## COLLECTIONS

| | | | |
|---|---|---|---|
| MED-1 SOL (Y 27TG001) | Account # ▮▮▮▮ | | Account Rating O9B |
| Original Creditor: COMMUNITY HEALTH NETWORK(medicalOrHealthCare) | Remarks: PLACED FOR COLLECTION | Amount Placed: $938<br>Balance: $1,078<br>Past Due: $1,078<br>Last Payment: | Opened: 4/15<br>Paid:<br>Closed:<br>Verified: 3/18 |
| Account Type: OPEN<br>Responsibility: I | | | |
| | | | Update Method: automated |
| Delinquency | Maximum:<br>Amount:<br>Date: | Payment Pattern<br>Start Date: | |

| | | | |
|---|---|---|---|
| MED-1 SOL (Y 27TG001) | Account # ▮▮▮▮ | | Account Rating O9B |
| Original Creditor: COMMUNITY HEALTH NETWORK(medicalOrHealthCare) | Remarks: PLACED FOR COLLECTION | Amount Placed: $376<br>Balance: $1,163<br>Past Due: $1,163<br>Last Payment: | Opened: 3/15<br>Paid:<br>Closed:<br>Verified: 3/18 |
| Account Type: OPEN<br>Responsibility: I | | | |
| | | | Update Method: automated |
| Delinquency | Maximum:<br>Amount:<br>Date: | Payment Pattern<br>Start Date: | |

| | | | |
|---|---|---|---|
| MED-1 SOL (Y 27TG001) | Account # ▮▮▮▮ | | Account Rating O9B |
| Original Creditor: COMMUNITY HEALTH NETWORK(medicalOrHealthCare) | Remarks: PLACED FOR COLLECTION | Amount Placed: $173<br>Balance: $198<br>Past Due: $198<br>Last Payment: | Opened: 4/15<br>Paid:<br>Closed:<br>Verified: 3/18 |
| Account Type: OPEN<br>Responsibility: I | | | |
| | | | Update Method: automated |
| Delinquency | Maximum:<br>Amount:<br>Date: | Payment Pattern<br>Start Date: | |



| | |
|---|---|
| Subscriber Name: | JOHN STEINKA |
| Subscriber Code/Market: | P 2327048 08 22 |
| Results Issued: | 1/25/19 15:46 CT |

**INPUT PARAMETERS FOR PRIMARY SUBJECT**
Reference ID:
SSN:
Name:
Current Address: IN

**TRANSUNION CONSUMER CREDIT REPORT**

**EWING , LAURA J.**

**Date of Birth:** 10/75

**Current Address:**
E.
IN

## EMPLOYMENT

## SCORING

| Type | Score | Explanation |
|---|---|---|
| FICO SCORE 8 | +554 | |

## COLLECTIONS



| | | | |
|---|---|---|---|
| MED-1 SOL (Y 27TG001) | Account # ▮▮▮▮▮ | | Account Rating O9B |
| **Original Creditor:** COMMUNITY HEALTH NETWORK(medicalOrHealthCare) | **Remarks:** ACCOUNT INFORMATION DISPUTED BY CONSUMER | **Amount Placed:** $938<br>**Balance:** $1,134<br>**Past Due:** $1,134 | **Opened:** 4/15<br>**Paid:**<br>**Closed:** |
| **Account Type:** OPEN | | **Last Payment:** | **Verified:** 12/18 |
| **Responsibility:** I | | | |
| | | | **Update Method:** automated |
| **Delinquency<br>Maximum:<br>Amount:<br>Date:** | | **Payment Pattern<br>Start Date:** | |

## COLLECTIONS

| | | | |
|---|---|---|---|
| MED-1 SOL (Y 27TG001) | Account # | | Account Rating  O9B |
| **Original Creditor:** COMMUNITY HEALTH NETWORK(medicalOrHealthCare) | **Remarks:** ACCOUNT INFORMATION DISPUTED BY CONSUMER | **Amount Placed:** $376<br>**Balance:** $1,216<br>**Past Due:** $1,216 | **Opened:** 3/15<br>**Paid:**<br>**Closed:** |
| **Account Type:** OPEN | | **Last Payment:** | **Verified:** 12/18 |
| **Responsibility:** I | | | |
| | | | **Update Method:** automated |
| **Delinquency** | **Maximum:**<br>**Amount:**<br>**Date:** | **Payment Pattern**<br>**Start Date:** | |

| | | | |
|---|---|---|---|
| MED-1 SOL (Y 27TG001) | Account # | | Account Rating  O9B |
| **Original Creditor:** COMMUNITY HEALTH NETWORK(medicalOrHealthCare) | **Remarks:** ACCOUNT INFORMATION DISPUTED BY CONSUMER | **Amount Placed:** $173<br>**Balance:** $209<br>**Past Due:** $209 | **Opened:** 4/15<br>**Paid:**<br>**Closed:** |
| **Account Type:** OPEN | | **Last Payment:** | **Verified:** 12/18 |
| **Responsibility:** I | | | |
| | | | **Update Method:** automated |
| **Delinquency** | **Maximum:**<br>**Amount:**<br>**Date:** | **Payment Pattern**<br>**Start Date:** | |



