# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| Laura Ewing<br><br>　　Plaintiff,<br><br>v.<br><br>MED-1 Solutions, LLC,<br><br>　　Defendant. | CIVIL ACTION<br><br><br>1:18-cv-1743-JRS-DML |

## RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND DEFENDANT'S CROSS MOTION FOR SUMMARY JUDGMENT

Pursuant To Fed R. Civ P. 56(a), S.D. Ind L.R. 7-1, and 56-1, Defendant MED-1 Solutions, LLC ("Defendant") respectfully moves for summary judgment on all counts of Plaintiff's Complaint, for the reasons outlined in Defendant's Brief. Defendant submits Exhibits 1 through 10, together with the Brief to support this Motion.

Dated: July 17, 2020

　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Nicholas Moline
　　　　　　　　　　　　　　　　　　　　　Nicholas Moline, IN Atty # 29711-49
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　Med-1 Solutions, LLC
　　　　　　　　　　　　　　　　　　　　　517 U.S. Highway 31 North
　　　　　　　　　　　　　　　　　　　　　Greenwood, IN  46142
　　　　　　　　　　　　　　　　　　　　　(317) 883-5600
　　　　　　　　　　　　　　　　　　　　　Nicholas.Moline@med1solutions.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all parties of record.

> /s/ Nicholas Moline
> Nicholas Moline, IN Atty # 29711-49
> Attorney for Defendant