UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LAURA EWING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:18-cv-01743-JRS-DML |
| | ) |
| MED-1 SOLUTIONS, LLC, | ) |
| | ) |
| Defendant. | ) |

## Final Judgment

For the reasons set forth in the Order signed this day, it is **ordered** and **adjudged** that Plaintiff Laura Ewing shall **take nothing** in this action against Defendant Med-1 Solutions, LLC. Plaintiff's claims are **dismissed** on the merits with prejudice. This is a **final judgment**.

SO ORDERED.

Date: 1/25/2021

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Nicholas Moline
MED-1 SOLUTIONS, LLC
nicholas.moline@med1solutions.com

David J. Philipps
PHILIPPS AND PHILIPPS, LTD.
davephilipps@aol.com

1

Mary E. Philipps
PHILIPPS AND PHILIPPS, LTD.
mephilipps@aol.com

Angie K. Robertson
PHILIPPS AND PHILIPPS, LTD.
angie@philippslegal.com

John Thomas Steinkamp
JOHN STEINKAMP & ASSOCIATES
John@johnsteinkampandassociates.com

2