# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| Laura Ewing, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:18-cv-1743-JRS-DML |
| Med-1 Solutions, LLC, | ) |
| Defendant. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Laura Ewing hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Final Judgment in this action, dated January 25, 2021, and the Order on Motions for Summary Judgment, dated January 25, 2021. Copies of the Final Judgment (Dkt. 56), and the Order on Motions for Summary Judgment (Dkt. 55) are attached hereto as Group Exhibit A.

Respectfully submitted,

Laura Ewing,

By: /s/ David J. Philipps
One of Plaintiff's Attorneys

Dated: February 11, 2021

David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps      (Ill. Bar No. 06197113)
Angie K. Robertson (Ill. Bar No. 06302858)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com
mephilipps@aol.com
angie@philippslegal.com

1

John T. Steinkamp
John Steinkamp & Associates
5214 S. East Street
Suite D-1
Indianapolis, IN 46227
(317) 780-8300
(317) 217-1320 (FAX)
john@johnsteinkamandassociates

## **CERTIFICATE OF SERVICE**

      I, David J. Philipps, an attorney, hereby certify that on February 11, 2021, a copy of the foregoing **Notice of Appeal** was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Nicholas Moline,                                              Nicholas.Moline@med1solutions.com
MED-1 Solutions, LLC
517 US Highway 31 North
Greenwood, IN 46142

John T. Steinkamp                                  john@johnsteinkamandassociates
John Steinkamp & Associates
5214 S. East Street
Suite D-1
Indianapolis, IN 46227

<u>/s/ David J. Philipps</u>
David J. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)