IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Laura Ewing, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 1:18-cv-1743-JRS-DML |
| | ) |
| Med-1 Solutions, LLC, | ) |
| | ) |
| Defendant. | ) |

**DOCKETING STATEMENT**
**FOR APPEAL TO THE SEVENTH CIRCUIT**

Laura Ewing files this Docketing Statement in accordance with Circuit Rule 3(c)(1) of the Rules of the United States Court of Appeals for the Seventh Circuit:

**A.     Jurisdiction of the District Court**

Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. ("FDCPA"). Accordingly, the District Court has federal question jurisdiction under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1331.

**B.     Jurisdiction of the Appellate Court**

1.     The statutory provision which confers jurisdiction on the Appellate Court is 28 U.S.C. § 1291.

2.     The Final Judgment (Dkt. 56) and Order on Motions for Summary Judgment (Dkt. 55) to be reviewed are dated, and were entered on the docket, on January 25, 2021.

3.     No motions to alter or amend the judgment have been filed.

4.     The Notice of Appeal was filed on February 11, 2021.

5. This is an appeal from a final judgment adjudicating all of the claims of the Plaintiff.

        Respectfully submitted,

        Laura Ewing,

        By: /s/ David J. Philipps
        One of Plaintiff's Attorneys

Dated: February 11, 2021

David J. Philipps    (Ill. Bar No. 06196285)
Mary E. Philipps    (Ill. Bar No. 06197113)
Angie K. Robertson (Ill. Bar No. 06302858)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com
mephilipps@aol.com
angie@philippslegal.com

John T. Steinkamp
John Steinkamp & Associates
5214 S. East Street
Suite D-1
Indianapolis, IN 46227
(317) 780-8300
(317) 217-1320 (FAX)
john@johnsteinkamandassociates

## **CERTIFICATE OF SERVICE**

      I, David J. Philipps, an attorney, hereby certify that on February 11, 2021, a copy of the foregoing **Docketing Statement for Appeal to the Seventh Circuit** was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Nicholas Moline,<br>MED-1 Solutions, LLC<br>517 US Highway 31 North<br>Greenwood, IN 46142 | Nicholas.Moline@med1solutions.com |
| John T. Steinkamp<br>John Steinkamp & Associates<br>5214 S. East Street<br>Suite D-1<br>Indianapolis, IN 46227 | john@johnsteinkamandassociates |

<u>/s/ David J. Philipps</u>
David J. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)